No. 73–1774. ANDERSON ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1782. HOWARD *v.* CITY OF CINCINNATI. Ct. App. Ohio, Hamilton County. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1812. WILLIS ET AL. *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1819. CRAMER ET AL. *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1828. HOCHFELDER ET AL. *v.* MIDWEST STOCK EXCHANGE ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1836. LIMBACK *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1868. TERRACIANO *v.* SMITH, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1914. WESTERMAYER ET AL. *v.* PULLMAN CO. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1935. PAYNE, A MINOR, BY PAYNE *v.* CITY OF FORT LAUDERDALE ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.